UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DEWITT BROWN,

        Plaintiff,

    v.                              Case No. 20-cv-1671-bhl

MILWAUKEE SECURE
DETENTION FACILITY,

        Defendant.

---

## DISMISSAL ORDER

---

      Plaintiff Dewitt Brown, a Wisconsin state prisoner who is representing himself, filed a complaint under 42 U.S.C. §1983, alleging that the defendant violated his civil rights. Dkt. No. 1. The Court screened the complaint and concluded that Brown failed to state a claim upon which relief can be granted. Dkt. No. 6. The Court instructed Brown to file an amended complaint by March 1, 2021, if he wanted to continue pursuing this case. *Id.* at 5. The Court warned Brown that if he did not file an amended complaint, the Court would dismiss this case and impose a strike. *Id.* The deadline has passed, and Brown did not file an amended complaint. Accordingly,

      **IT IS ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim. The clerk's office shall enter judgment accordingly.

      **IT IS ORDERED** that the Clerk of Court document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g).

      Dated at Milwaukee, Wisconsin this 8th day of March, 2021.

                                                       s/ *Brett H. Ludwig*
                                                       Brett H. Ludwig
                                                       United States District Judge